**Electronically Filed
Supreme Court
SCWC-20-0000738
09-MAR-2023
07:57 AM
Dkt. 16 ODAC**

SCWC-20-0000738

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ROBERT WILLIAM DESHIELDS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000738; CASE NO. 1DCW-19-0001156)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
and Circuit Judge Crabtree in place of Nakayama, J., recused,
and Circuit Judge Kawamura, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on January 30, 2023, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 9, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Jeffrey P. Crabtree

/s/ Shirley M. Kawamura

